NOT DESIGNATED FOR PUBLICATION

STATE OF LOUISIANA
COURT OF APPEAL, THIRD CIRCUIT

06-568

DELTON AUGUSTINE, JR.
VERSUS
JOHNNY GRIFFIN, ET AL.

**********
APPEAL FROM THE
TWELFTH JUDICIAL DISTRICT COURT
PARISH OF AVOYELLES, NO. 2004-6014-A
HONORABLE MARK JEANSONNE, DISTRICT JUDGE

**********
SYLVIA R. COOKS
JUDGE

**********

Court composed of Sylvia R. Cooks, John D. Saunders, and Oswald A. Decuir, Judges.

MOTION TO DISMISS APPEAL FILED BY M&C INSURANCE, INC.
DENIED.

MOTION TO DISMISS APPEAL FILED BY NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA. GRANTED IN PART AND DENIED IN PART.

Michael W. Adley
Judice & Adley
Post Office Drawer 51769
Lafayette, LA 70505-1769
(337) 235-2405
COUNSEL FOR DEFENDANT/APPELLEE:
    M & C Insurance, Inc.

**Michael J. Juneau**
**Kate B. Labue**
**Juneau Law Firm**
**1018 Harding Street, Suite 202**
**Post Office Drawer 51268**
**Lafayette, LA 70505-1268**
**(337) 269-0052**
**COUNSEL FOR DEFENDANT/APPELLEE:**
    **National Union Fire Insurance Company**
    **of Pittsburgh, PA**

**S. Arron Siebeneicher**
**Valerie M. Thompson**
**Johnson & Siebeneicher, Inc.**
**Post Office Box 648**
**Alexandria, LA 71309**
**(318) 484-3911**
**COUNSEL FOR DEFENDANT/APPELLANT:**
    **Republic Vanguard Insurance Company**

**John Taylor Bennett**
**Bennett Law Offices**
**Post Office Box 275**
**Marksville, LA 71351**
**(318) 253-4631**
**COUNSEL FOR PLAINTIFF/APPELLANT:**
    **Delton Augustine, Jr.**

**Russell L. Potter**
**Stafford, Stewart, & Potter**
**Post Office Box 1711**
**Alexandria, LA 71309**
**(318) 487-4910**
**COUNSEL FOR DEFENDANTS/APPELLEES:**
    **GEICO**
    **Johnny Griffin**